IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                            Criminal Action No.
                                                  24-00202-01-CR-W-BCW

ZYVEIA L. DORN,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:    <u>Count I</u>:    Felon in possession of a firearm *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Megan Baker
    Case Agent: Detective Brian Wellington, KCMPD
    Defense: Lesley Smith and Investigator Kendra Jackson

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 2-3 with stipulations; 4 without stipulations
    Defense: 2 witnesses, including Defendant who    ( ) will
                                                                         (x) may
                                                                          ( ) will not testify

**TRIAL EXHIBITS**:
    Government: 15 exhibits
    Defense: 5 exhibits

**DEFENSES**:
    (x)    defense of general denial
    ( )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial                ( ) Possibly for trial
    ( ) Motion to continue to be filed    (x) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
  Government's case including jury selection: 1.5 days
  Defense case: .5 day

**STIPULATIONS**:
  ( ) not likely
  ( ) not appropriate
  ( x ) likely as to:
    ( ) chain of custody
    ( ) chemist's reports
    ( x ) prior felony conviction
    ( ) interstate nexus of firearm
    ( ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

 **Witness and Exhibit Lists**: November 18, 2024
 Government: November 18, 2024
 Defense: November 18, 2024
 **Counsel are requested to list witnesses in alphabetical order on their witness list.**

 **Exhibit Index, Voir Dire, Jury Instructions**: November 18, 2024
 **Jury instructions must comply with Local Rule 51.1**

 **Motions in Limine**: November 18, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 12/2/2024
 **Please note**: Defense counsel has two other trials set on the December docket: *United States v. Christopher R.P. Beaman*, Case No. 23-00265-CR-W-HFS, and *United States v. Larry L. Radcliffe*, Case No. 24-00231-01-CR-W-HFS. Defense counsel also has an out of town client arriving on 12/3/24 for an initial appearance, arraignment, and bond hearing in front of Judge Morris.

**OTHER**:
  ( ) A _____-speaking interpreter is required.
  ( ) Other assistive devices: _____

 **IT IS SO ORDERED.**

                */s/ Jill A. Morris*
                JILL A. MORRIS